E. Scott Holbrook, Jr. (Bar No. 143721)
CRAWFORD & BANGS, LLP
1290 E. Center Court Drive
Covina, CA 91724-3600
File No. 5025.02
Phone (626) 915-1641, Ext 207
Direct Dial (626) 858-4207
Fax: (626) 332-5604
Email: SHolbrook@builderslaw.com

Attorneys for Plaintiff
Imperial Woodworking
Enterprises, Inc.

Stacy Y. North (State Bar No. 219034)
PIERCE & SHEARER LLP
Woodside Corporate Center
2055 Woodside Road, Suite 110
Redwood City, CA 94061-3366
Phone: (650) 843-1900
Fax: (650) 843-1999
Email: snorth@pierceshearer.com

Attorneys for Defendant
RILEY MCCLURE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPERIAL WOODWORKING ENTERPRISES, INC.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RILEY MCCLURE; 135 LLC., a Colorado LLC and DOES 1 TO 50, Inclusive,<br><br>　　　　　Defendants. | Case No. 5:18-cv-00399 NMC<br><br>**STIPULATION TO DISMISS; ORDER TO DISMISS**<br><br>Judge: Magistrate Judge Nathanael M. Cousins |

**PIERCE & SHEARER LLP**
2055 Woodside Road, Suite 110, Redwood City, CA 94061
Phone: (650) 843-1900  Fax: (650) 843-1999

1   IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff, Imperial Woodworking Enterprises, Inc., and Defendants, Riley McClure and 135 LLC, through their designated counsel that, as the settlement has been reached, the above-referenced action is voluntarily dismissed with prejudice in its entirety pursuant of Civil Procedure, Rule 41(a) and pursuant to the Settlement Agreement entered into between the parties. The parties request the Court to vacate the April 18, 2018 Case Management Conference and Hearing on the Motion to Transfer Action to the United States District Court for the District of Colorado and close the file.

IT IS SO STIPULATED.

Respectfully Submitted,

Date: March 29, 2018          CRAWFORD & BANGS LLP


By: __/s/ E. Scott Holbrook_____
    E. Scott Holbrook,
    Attorney for Plaintiff,
    Imperial Woodworking Enterprises, Inc.


Date: March 29, 2018          PIERCE & SHEARER LLP


By: __/s/ Stacy Y. North_____
    Stacy Y. North
    Attorneys for Defendants
    RILEY McCLURE and 135 LLC

THEREFORE, IT IS ORDERED THAT, pursuant to FRCP 41(a), the above-referenced action is dismissed with prejudice.

Dated: March 29, 2018

_____
HONORABLE NATHANAEL M. COUSINS,

